United States District Court

For the Southern District of West Virginia

Beckley Division

5:23-cv-00088

"Plaintiff"

Tyrone Young #22208-084

FILED

FEB - 6 2023

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

VS.

"Defendants"

1) Warden D.L. Young (FCI Beckley)
2) Warden Heckard (FCI Beckley)
3) B.L. Fain (Head of Medical)
4) Ms. Fox (Head of medical)
5) Doctor Roger Edwards
6) P/A Joe Cooper
7) "MAt" DR. Halovan FNP
8) Nurse Law
9) Nurse Tiley
10) Nurse Thompson

11) (Counsular) Burdette
12) (Unit Manager) Ms. Staples
13) (Case manager) MR. Harless
14) (Psychologist)- DR. Whited
15) (Unit manager) Ms. Stinten
16) (Case manager) MR. Craddock
17) (Atcs.) Shiflet - Pharmcest
18) (Counsular) Milam

## 1983 Civil Lawsuit under 47 usc § 1983

## A. Reasons For Defendants

1) Warden Young, was warden at FCI Beckley during

(1)

the times noted between Sept of 2021 through Jan. of 2022, as warden it is MR. Young duty to make sure that every inmate is taken care of to the best of each of his prision departments.

2) Ms. Heckard was the Warden from Jan. 2022 through Present + has the same responsibilities as MR. Young

3) MR. B.L. Fain as head of medical it is his sole responsibility to make sure that every medical concern within his department is dealt with accordingly and professionally.

4) MS. Fox - is the new "Head of Medical" and as such has the same responsibility as MR. Fain.

5) Doctor Roger Edwards is the Plaintiff Primary Case Doctor and as such it is his responsibility to make sure that All medical treatment + Pills etc, are ordered when the treatment calls for it.

6) PIA Joe Cooper, is the Plaintiff Physican Assistant + as such should have seen the plaintiff more.

(2)

7) (MAA) DR. Hodovan had direct contact with Patient/ plaintiff, and never as a medical professional tried to step in and help a person in medical distress.

8) Nurse law, is a nurse with FCI Beckley + could have at any moment brought concerns of plaintiff health to Doctor.

9) Nurse Tiley, is a nurse with FCI Beckley + could have at any moment brought concerns of plaintiff chest pain to the Doctor.

10) Nurse Thompson, is a nurse with FCI Beckley + had direct contact with plantiff + knowledge of chest + lung pain

11) Counsular Burdette - is plaintiff acting counsular and it is his direct responsibility to afford all prisioners with counseling and guidance in (3) specific areas institution adjustment, Personal difficulties, and Plans + had direct contact with Plantiff + Knowledge of his chest pain.

12) unit Manager - Ms. Staples - was plaintiff acting unit manager/chairman of his team it is her direct responsibilities to deal with any indifference, concerns,

(3)

, that may be forwarded through his team + responsible to oversee all unit programs and activities + had direct contact with Plaintiff + knowledge of chest + lung pain.

13) MR. Hartless, was Plaintiff acting case manager and it is his direct responsibility to be the liaison between administration and inmates + had direct contact with Plaintiff + knowledge of chest pain.

14) DR. Whited, was plaintiff psychologist + had direct contact with plaintiff, and never as a medical professional tried to stop and help a person in medical distress + had knowledge of health concerns.

15) Ms. Stinten, is Plantiff unit manager/chairman of his team and it is her direct responsibility to deal with any indifference, concerns, that may be forwarded through his assign team + had direct contact with Plaintiff + knowledge of chest pain. + lung pain.

16) MR. Craddocle, is Plaintiff Case manager and it is his direct responsibility to be the liaison between administration and inmates + had direct contact with Plaintiff + knowledge of his chest pain.

(4)

17) <u>Shifflet</u>, is the Pharmacist here at FCI Beckley + had contact with Plaintiff + knowledge of chest pain

18) <u>Milam</u>, is the Plaintiff counsular here at FCI Beckley and it is his direct responsibility to afford all prisioners with censuling and guidance in (3) specific areas institution adjustment, Personal difficulties, and Plans + had direct contact with Plaintiff + knowledge of his chest pain.

B.    Eigth amendment 42 U.S.C. §1983

   The Plaintiff hereby swears under the penalty of perjury fully aware of the imprisonment and fine does hereby swear that the foregoing is true and factual to the best of his knowledge and documentation. Plaintiff ask to proceed "pro-se" due to the lack of funds (6) month transaction history attached.
   Plaintiff hereby comes before this Honorable Court for a Life threating Medical/Mental/Physical eigth suite. Plaintiff Respeetfully files with Your Honor 2 claim, i) cruel + unusual Punishment, Pain + suffering, deliberate indifference, malpratice, Document falsification, inadequate medical care,

(5)

2) claim of inadequate mental health care, Mental anguish, cruel + unusual Pushment, deliberate indifference, malpratice.

C. Facts in support of claim #1

1) At All times relevant Plaintiff was housed by FCI Beckley.

2) 9-8-2021, Doctor Roger Edwards claims to have a "clinical encounter" at cell 112 with Plaintiff.

3) However, on 9-8-2021 @ appro          Cameras from Pine A Lower unit will show Doctor roger edwards "Never" met plaintiff in any fashion on 9-8-2021

4) To continue a case notonly for falsifying documents But not to mention at this moment a serious case of "Mal Pratice", For on 9-8-2021 @ approx DR. Edwards not only asserted but claims to have resolved Not (one) but (16) different health problems without ever seeing the Plaintiff.

5) Also on 9-8-2021 Plaintiff was prescribed everything except a "rescue" inhaler.

(6)

6) DR. Edwards as a medical profession knews that the only prison safe device that would help save the plaintiff during a asthma or shortness of breath attack is a rescue inhaler

7) Plaintiff was seen by DR. Hodovan in Oct of 2021 with complaints of wheezying, coughing, toe-nenl, and chest pain.

8) DR. Hodovan specifically told the Plaintiff there was nothing he could do for him and that he would have to wait to see DR. Edwards to get an rescue inhaler.

9) Plaintiff was seen by DR. whited in Oct of 2021 and DR. whited told the Plaintiff he would tell medical about his health concerns.

10) On 11-29-21 Plaintiff was seen by (PA) Joe Cooper, for chest pain.

11) On 11-29-21 MR. Cooper document donot specify a chest pain complaint.

12) However on the same medical document for 11-29-21 Cooper ordered a General X-Ray Chestview for "Baseline HTN Asthma".

(7)

13) In order to prove that Plaintiff was indeed complaining of chest pain an EKG was also requested on 11-29-21.

14) PA Cooper Falsified documents in order to downplay, the Plaintiff complaints and seriousness

15) DR. Roger edwards cosign this encounter on 11-29-21 but doesn't order a second chestview X-ray

16) The following are direct correspondence on the "Request to Staff" computer.

(A) 12-7-21, Plaintiff wrote ....... "am still having chest pain to which I told my PA."

(B) 12-8-21, MR. Fain wrote back stating " the last sidecall visit or entry I see in your records was from 11-29-21 ... Please return to sick call ... "

(C) Plaintiff wrote PA Cooper on 12/10/21 stating " .... I was having pain with my heart it feels like ... "

(D) It should be noted that PA cooper never responded to the request wrote on 12/10/21.

(E) 1-4-22, Plaintiff wrote medical stating " My medical diagnosis sheet is saying medical diagnosis are resolved However, I have not been seen

by DR. edwards to discuss resolving those medical conditions which are still Active and Current ..... I also need to see the Doctor for my medical concerns .... I have chronic care and have not seen a doctor while here.

(F) Response by MR. Fain on 1/6/22 stating "you will have to attend sick call to speak to your provider regarding your medical concerns so they may evaluate you. Appointments are not requested via email or cop-outs and will not be made for any inmate when they request it this route."

(G) 2/9/22, Plaintiff wrote "I was never called to see DR. Edwards concerning my chronic care issues. You had told me several times that I was on the list to be seen in January but I was never on the schedule. Can you please look into this matter. Also I attended sick call again in January concerning my carpel tunnel syndrome and other issues. We just came off lockdown today. Can you please make sure that I'm placed on the list to be seen by my PA. Thank you. Admin. Fain.

(H) As of the date of filing the above dated

(9)

Cop-out was never answered.

17) on   2/16/22 PA Joe Cooper filed for a consultation for plaintiff for both an eye, nose, and throat Doctor and an orthepedic.

18) However PA Cooper did absolutely nothing to try and rectify the plaintiff chief complaint of breathing struggles + severe chest pain, with minute numbness to left arm.

19) MR. Cooper did nothing to help the plaintiff complaints on 2/16/22 eventhough MR. Cooper clearly wrote on file, "Inmate states he has numerous complaints that has failed to be addressed"

20) Plantiff had direct contact with counsular Burdette, us. staples, and MR. Harless concerning his chest pain in January and februnry of 2022.

21) 2/18/22, Plaintiff went to sick call with complaints of sporadic Heart pain was seen by nurse tiley.

22) Nurse tiley ordered an EKG it came back as "suspected Heart attack".

23) Five minutes later MR. Fain redid the EKG + got the same reading "suspected Heart Attack"

24) It was then ordered on 2/18/22 that Plaintiff be taken to emergency room

25) The hospital conducted an "EKG" and test was clear

26) The Hospital ordered a chest-x-ray and Plaintiff was fund to have "Patchy bilateral opacities"

27) A Heart consultation was requested

28) Plaintiff was admitted to the hospital and was given immediate antibotics through an IU for a diagnosis of an "unspecified bacterial Pneumonia".

29) Plaintiff "Heart echo" was clear and "Heart cath" was clear.

30) Raliegh General Hospital Doctors ordered plaintiff a "rescue" inhaler on 2/18/22.

31) It should be noted that all medical

(11)

personel mentioned above knew that Plaintiff needed a "rescue" inhaler, yet did nothing until the hospital ordered it.

32) Upon coming back to the institution on 2/21/22 Dr. edwards cosigned/agreed with the findings of the outside hospital.

33) Plaintiff "Health Problem" sheet documents lists J159 on 2/22/22 "unspecified bacterial Pneumenia" by PA cooper.

I the Plaintiff, Tyrone Yang would like to thank the Court for their time + consideration And truly hope that this matter can be dealt with + handle swiftly by myself and the defense, with that being said I hereby request the following remedies.

1) Plaintiff request $15,000,000 (fifteen million) for extreme pain + suffering, deliberate indifference, inadequate medical, and malpratice

OR

2) $7.5 million + immediate release in order to guarantee medical needs are met.

(12)

(13)

Plaintiff would like to apologize but due to limit resources and constant lockdowns, I have to submit this civil lawsuit front and back. Respectfully I would like it to be known that I have exhausted my administrative remedies but exceptional circumstances is preventing me from exhausting all rights. My initial Bp-8 and 9 were filed on 11/26/22 but that FCI Beckley had (20) days to respond or file for an extension and neither has transpired. So on December 26, 2022 I mailed a complaint to the Regional Office addressing that FCI Beckley has violated my due process because it has exceeded the time frame allowed under program statement code 542.14 and that, I would like to separate each complaint so that each complaint can be fully appreciated. I have failed to recieve any response or reply back from the regional office and I even ask for a status update to my Bp-9 on 1/26/23 but still no response, see exhibit     . Therefore, I have fully exhausted all administrative rights and on January 27, 2023 I mailed a second letter to the regional office addressing this same issue and another issue concerning a appeal I filed and mailed in October of 2022. For unknown reasons I believe my mail is jepodize here at FCI Beckley and staff members have referenced I have a target on my back. Therefore, this constitutes an exceptional

circumstance to where I have filed directly to the Court.

It should be known that on top of amount requested all lawyer + court fees are to be paid by defense upon the Court's ruling in plaintiff favor. If indigent paper is not accepted please send in /-forma ~~Pro~~ Proppis form. due to indigency.
Submitted Respectfully

filed

1.31.23                    Signed
                           [signature]

              Printed   Tyrone Young #22208-084
                        FCI Beckley
                        P.O. box 350
                        Beaver, WV, 25813

(14)

Tyrone Young #22208-084
Federal Correction Institute
Beckley
P.O. box 350
Beaver WV, 25813

CHARLESTON WV
2 FEB 2023  PM 2

USA
NON-MACHINEABLE SURCHARGE

USA
NON-MACHINEABLE SURCHARGE

Clerk of Court
110 North Heber St.
Room 119
Beckley, WV, 25801

legal Mail          legal mail
25801-455244