UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

TYRONE YOUNG,

    Plaintiff,

v.                                CIVIL ACTION NO. 5:23-cv-00088

WARDEN D.L. YOUNG, *et al.,*

    Defendant.

### MEMORANDUM OPINION AND ORDER

Pending is Plaintiff Tyrone Young's Motion to Appoint Counsel, [ECF 140], filed November 6, 2025.

As set forth in the Memorandum Opinion and Order entered on April 14, 2025, [ECF 123], the Court has adopted the proposed findings and recommendation of the Magistrate Judge, [ECF 110], dismissed the case, [*Id.*], and denied both Plaintiff's Motion to Reconsider, [ECF 121], and Motion to Vacate the Judgment Order. [ECF 120]. On April 24, 2025, Plaintiff filed a Notice of Appeal. [ECF 124]. The judgment of this Court was affirmed on appeal January 29, 2026. [ECF 142].

Given final judgement has been entered, Mr. Young's Motion for Appointment of Counsel is **DENIED AS MOOT**.

The Clerk is **DIRECTED** to transmit a copy of this written opinion and order to all counsel of record and to any unrepresented party.

ENTER: January 30, 2026



Frank W. Volk
Chief United States District Judge