UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

TYRONE YOUNG,

    Plaintiff,

v.                    CIVIL ACTION NO. 5:23-cv-00088

WARDEN D.L. YOUNG, *et al.,*

    Defendant.

## MEMORANDUM OPINION AND ORDER

Pending are Plaintiff Tyrone Young's: (1) Motion to Amend the Record While on Appeal and Motion to Request for Attorney, [ECF 129], filed June 18, 2025, (2) Motion to Amend the Record on Appeal, [ECF 133], filed July 10, 2025, and (3) Motion for Status Update and Motion to Unseal Plaintiff's Motion for Leave to Supplement Complaint, [ECF 139], filed September 18, 2025.

As set forth in the Memorandum Opinion and Order entered April 14, 2025, [ECF 123], the Court adopted the proposed findings and recommendation of the Magistrate Judge, [ECF 110], dismissed the case, [*Id.*], and denied both Plaintiff's Motion to Reconsider, [ECF 121], and Motion to Vacate the Judgment Order. [ECF 120]. On April 24, 2025, Plaintiff filed a Notice of Appeal. [ECF 124].

On January 29, 2026, our Court of Appeals denied Plaintiff's Motions to Amend and Supplement the Record, [ECF 129, 133], and affirmed the April 14, 2025, order. [ECF 141]. Given the adjudication of the appeal and denial on appeal of subject Motions, [ECF 141], Mr. Young's Motions to Amend the Record on Appeal are **DENIED AS MOOT**. Moreover, Mr. Young's Motion for Status Update, [ECF 139], is **DENIED AS MOOT** for the same reasons.

2

Respecting the Motion to Unseal Motion for Leave to Supplement Complaint, the Clerk is **DIRECTED** to transmit a copy of the documents located at ECF 115 to Mr. Young. The Clerk is further **DIRECTED** to transmit a copy of this Order to all counsel of record and to any unrepresented party.

ENTER: February 10, 2026

Frank W. Volk
Chief United States District Judge